INMATES OF MISSOURI DEPARTMENT OF CORRECTIONS, et al., Appellants,

v.

MISSOURI BOARD OF PROBATION AND PAROLE, Respondent.

No. WD 58812.

Missouri Court of Appeals, Western District.

Jan. 16, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 27, 2001.

Application to Transfer Denied April 24, 2001.

Joseph Anderson, Lavon Carter, Robert J. Dallas, Timothy Lestourgen, David L. McDermott, Christopher Pretz, Floyd Roberson, William T. Thomas, Scott A. Weismann, William A. Morris, Johnny L. Wiggins, Joseph F. Arbeiter, John Buettner, Anthony White, Willie D. Clark, Kevin D. Hilke, Charles Mayes, Leonard O. Naugle,

---

Thomas Repper, Kenneth Strickner, Bobby C. Vance, Charles B. Smith, pro se, Jefferson City, MO, for Appellants.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephen D. Hawke, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before HOLLIGER, Presiding Judge, BRECKENRIDGE, Judge, and SMART, Judge.

## ORDER

PER CURIAM.

Plaintiffs, all inmates in the Missouri Department of Corrections, appeal the denial of the declaratory judgment. Plaintiffs appeal arguing that Section 558.011, which sets forth standards regarding a prisoner's conditional release from prison, violates their due process rights. Appellants further claim that the Board of Probation and Parole is improperly applying the procedures mandated for conditional release. The judgment of the trial court is affirmed. Rule 84.16(b)

We have reviewed the briefs of the parties and the record on appeal, and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.